

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

AGUSTIN BOJORQUEZ-MORENO,
NORBERTO SEPULVEDA-CABRERA,
ALEJANDRO SALDANA-COTA,
LEONARDO VERDUGO-SANTOS, and
FLAVIO SEPULVEDA-CABRERA,

      Plaintiffs,

v.                                                                   Civil Action No. 3:14cv670

SHORES & RUARK SEAFOOD COMPANY, INC.,
URBANNA SEAFOOD COMPANY, INC., and
RUFUS H. RUARK, JR.,

      Defendants.

## ORDER APPROVING SETTLEMENT

**THIS MATTER** came before the Court on the Parties' Joint Motion for Approval of Settlement. The Court, having reviewed said Motion and attached Settlement Agreement, **FINDS** that the settlement of Plaintiff's Fair Labor Standards Act ("FLSA") claims (Count I of the Amended Complaint), which was reached at a settlement conference conducted by a magistrate judge of this Court, is fair and reasonable and reflects just, adequate and complete compensation for all claims asserted by Plaintiff under the FLSA. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the settlement of the Plaintiffs' FLSA Claims is Approved;

**ORDERED AND ADJUDGED** that all pending deadlines in the case are Stayed;

**ORDERED AND ADJUDGED** that within ten days of the date of this Order, the Parties will file a Stipulation of Dismissal, with Prejudice, dismissing this case but reserving this Court's

jurisdiction pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994) to enforce the terms of the parties' settlement agreement, and it is

**ORDERED AND ADJUDGED** that the respective parties shall bear their own attorneys' fees and costs except as set forth in the Parties' settlement agreement.

**DONE AND ORDERED** in Chambers this 6th day of May, 2015.

/s/ REP

ROBERT E. PAYNE.
SENIOR UNITED STATES DISTRICT JUDGE